# Court of Appeals
# of the State of Georgia

ATLANTA, __April 24, 2018__

*The Court of Appeals hereby passes the following order:*

**A18A1322. JAMILA H. GIBBS v. JAMES E. GIBBS.**

By order dated March 19, 2018, this court granted the appellant's motion for an extension of time to file her brief and enumeration of errors. Per the appellant's request, she was given until March 30, 2018, to file her brief and enumerations. The appellant's brief was not filed within the extended period and has not been filed as of the date of this order. Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__ 04/24/2018 __*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*